IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

URIEL HUIZAR,

    Plaintiff,                    No. 2:12-cv-1886 MCE DAD PS

    v.

DIANE LORE,                          <u>ORDER</u>

    Defendant.

_____/

    Defendant is proceeding pro se in the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On September 11, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 4) which were served on Defendant and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and Defendant has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations (ECF NO. 4) filed September 11, 2012, are ADOPTED IN FULL;

2. This action is SUMMARILY REMANDED to the Sacramento County Superior Court; and

3. The Clerk of the Court is directed to close the case.

Dated: November 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE